**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARLOS CORRALES, | ) | 1:05-cv-1368 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | |
| v. | ) | |
| | ) | |
| SIX UNKNOWN NAMES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is before the Court on the Findings and Recommendations of the Magistrate Judge to dismiss the case for Plaintiff's failure to obey a court order.  The Magistrate Judge's Findings and Recommendations were filed March 8, 2006.

No objections have been filed by any party.  The original order to submit an application to proceed in forma pauperis or pay the filing fee was issued December 15, 2005.  Thirty days passed before the March 8, 2006, order.  Plaintiff has filed no response whatsoever.

The Court ADOPTS the Findings and Recommendations of the Magistrate Judge.  GOOD CAUSE APPEARING;

///

///

1

1  IT IS ORDERED that this case is DISMISSED for failure to
2  obey the order of the Court.
3
4  DATED:  September _25_, 2006.
5
6                                          __/s/ OLIVER W. WANGER_____
                                               OLIVER W. WANGER
7                                          UNITED STATES DISTRICT JUDGE
8  corrales v. six unknown names order