```
                                          FILED
                                    JUDGMENT ENTERED
                                  ___September 26, 2006____
                                              Date
                            by _____G. Lucas_____
                                           Deputy Clerk
                                      U.S. District Court
                                  Eastern District of California
                                  __XX___ FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CARLOS CORRALES,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:05-CV-1368 OWW DLB P

SIX UNKNOWN NAMES,

_____/

The Findings and Recommendations issued by the Magistrate Judge on March 8, 2006, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: September 26, 2006

VICTORIA C. MINOR, Clerk

By: /s/ GREG LUCAS
       Deputy Clerk